# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of March, two thousand and sixteen.

Before:    Ralph K. Winter,
      *Circuit Judge.*
_____

United States of America,

  Appellee,

v.                **ORDER**

                Docket No. 15-1731

Wadih El Hage, *et al.*,

  Defendants,

Khaled Al Fawwaz, AKA Abu Omar, AKA Khaled Abdul Khaled Abdul Rahman Hamad al Fawwaz, AKA Hamad,

  Defendant - Appellant.

_____

  Appellant Khaled Al Fawwaz moves for an extension of time, until September 26, 2016, to file an opening brief and appendix.

  IT IS HEREBY ORDERED that the motion is GRANTED, no further extensions.

            For the Court**:**

            Catherine O'Hagan Wolfe,
            Clerk of Court

